## H. A. CLARK ET AL. v. W. J. FELL, EXR.

APPEAL BY DEFENDANT FROM THE COURT OF COMMON PLEAS
NO. 2 OF PHILADELPHIA COUNTY.

Argued January 16, 1891—Affirmed at Bar.

It seems: It is not error to refuse to set aside a writ of fieri facias upon
the petition of the defendant, alleging, as the ground thereof, that a
levy had been made upon real estate but none upon personal property
of the defendant.*

Before PAXSON, C. J. STERRETT, GREEN, CLARK, WILL-
IAMS, MCCOLLUM and MITCHELL, JJ.

No. 120 July Term 1890, Sup. Ct.; court below, No. 885
December Term 1887, C. P. No. 2.

On February 21, 1890, judgment was entered on a verdict
for $957.96 in favor of Harry A. Clark and others, trading as
Clark Brothers & Co., against William Jenks Fell, executor
and trustee of the estate of Franklin Fell, deceased.

On May 1, 1890, on petition of the defendant setting forth
that upon an execution issued from said judgment on April 23,
1890, the sheriff had levied upon certain realty, but no execu-
tion had "yet been issued upon the personal property of said
estate, in accordance with the terms and provisions of the act
of assembly in such case made and provided," a rule was grant-
ed to show cause why the said execution should not be set
aside. On May 10, 1890, the rule was discharged, without
opinion filed, whereupon the defendant took this appeal, as-
signing the order discharging the rule for error.

----

* In this case, as well as in that preceding, the paper-books did not show
that any exception whatever was sealed in the court below, raising any
question for the Supreme Court to decide.

*Mr. Edward Barry*, for the appellant.

Counsel cited: Spear v. Hannum, 1 Y. 380, 387; act of 1705, 1 Sm. L. 57; Morris v. McConnaughy, 2 Dall. 189; Maybury v. Jones, 4 Y. 22; Ewing v. McNair, 2 Dall. 269; §§ 19, 20, act of June 16, 1836, P. L. 764, 765.

*Mr. M. Hampton Todd*, for the appellee, was not heard.

The brief filed cited: Sections 41, 42, 43, act of June 16, 1836, P. L. 768, 769.

PER CURIAM:

—On the argument at Bar,

Judgment affirmed.